Commissioner of Political
Practices 1209 Eighth Avenue
Post Office Box 202401
Helena, MT 59620-2401
Phone: 406-444-2942
Fax : 406-444-1643
www.politicalpractices.mt.gov

**POSTMARKED**

**APR 2 0 2026**

**FOR OFFICE USE ONLY**

HAND DELIVERED [ ]

SIGNED/NOTARIZED [ ]

# Campaign Finance and Practices

# Complaint Form (08/17)

Type or print in ink all information on this form except for verification signature

**Person bringing complaint (Complainant):**

Complete  Name    Jennifer Carlson

Complete Mailing Address    110 Flying Eagle Way
Manhattan MT 59741

Phone Numbers:    Work  (406) 579-2929    Home

**Person or organization against whom complaint is brought (Respondent):**

Complete Name    Accountability in State Government

Complete Mailing Address    Dan Bartel, Treasurer
PO Box 1181, Lewistown MT 59457

Phone Numbers:    Work  (406) 366-4160    Home

*Please complete the second page of this form and describe in
detail the facts of the alledged violation.*

## Verification by oath or affirmation

State of Montana, County of  Gallatin

I, Jennifer Carlson , being duly sworn, state that the information in this
Complaint is complete, true, and correct, to the best of my knowledge and belief.

Jennifer Carlson
Signature of Complainant

(SEAL) CANDY M HAWKINS
Notary Public
for the State of Montana
Residing at:
Manhattan, Montana
My Commission Expires:
April 13, 2028

Subscribed and sworn to before me this 20th day of
April , 2026 .

Candy M. Hawkins
Notary Public

My Commission Expires:

**Campaign Finance and Practices**
**Complaint Form**                                                                                  **Page 2**

**Statement of facts:**

Describe in detail the alleged violation(s) and cite the statute or statutes you believe have been violated. Please attach copies of documentary evidence to support the facts alleged in your statement.

If the space provided below is insufficient, you may attach additional pages as necessary.

Attached mailer "DEI Jennifer Carlson" constitutes a violation of 13-35-802 MCA.

According to this law, mailer containing altered images —

3(a) with the intent to injure the reputation of the candidate or otherwise deceive a voter, appears to a reasonable person to depict an individual saying or doing something that did not occur (OR)

3(b) Provides a fundamentally different impression of the appearance, action or speech than a reasonable person would have from the unaltered, original version of the image (13-35-801 (3))

— Must contain a disclosure that says "This image has been significantly edited + depicts speech or conduct that falsely appears to be authentic or truthful"

> **Complaints must be:**
> - **signed**
> - **notarized**
> - **delivered in person or by mail.**



# DEI Jennifer CARLSON

## Using YOUR Tax Dollars to Push the WOKE Agenda

In Helena, Carlson joined every Democrat in voting to give taxpayer-funded grants to organizations pushing woke nonsense[1] — including those that:

 **$13,000** Promoted a DEI film festival and produced a play titled "Diversity Day"

 **$9,000** Hosted a panel on "LGBTIQ2S+ Histo

 **$18,000** Promoted "transgender" art projects and nude art displays.[4]

## Woke. Wasteful. Wrong for Monta

## Reject Jennifer Carlso

1. HB 9, 3/30/2023;  2. The Roxy Theater; Montana Historical Society;  3. Montana Historical Societ YouTube, 10/20/2025;  4. Archie Bray Fellow Monograph, 3/2022; MAGDA, Freeman Butts



# DEI JENNIFER CARLSON

## Pushing The WOKE AGENDA On Montana with YOUR Tax Dollars

SHE / HER

Paid for by Accountability in State Government
Dan Bartel, Treasurer
PO BOX 1181
Lewistown, MT 59457

Presorted Standard
US Postage
PAID
1Vision

***********************ECRWSH**R-002
DONALD CARLSON
Or Current Resident
110 Flying Eagle Way
Manhattan MT 59741-8488

1 6 1211 1