**1 of 2**

)NTANA

Political

_ghth Avenue

Post Office Box 202401

Helena, MT 59620-2401

Phone: 406-444-2942

Fax : 406-444-1643

www.politicalpractices.mt.gov

FOR OFFICE USE ONLY

Commissioner of
Political Practices

Political Practices

2026 MAY 04

PM0157/

RECEIVED

HAND DELIVERED ☐

SIGNED/NOTARIZED ☐

# Campaign Finance and Practices

# Complaint Form (08/17)

Type or print in ink all information on this form except for verification signature

## Person bringing complaint (Complainant):

Complete Name — Eric Albus

Complete Mailing Address — PO Box 35

Hinsdale Mt 59241

Phone Numbers:    Work 406-648-7494    Home Same

## Person or organization against whom complaint is brought (Respondent):

Complete Name — Accountability in State Government Dan Bartel

Complete Mailing Address — PO Box 1181

Lewistown Mt 59457

Phone Numbers:    Work _____    Home _____

*Please complete the second page of this form and describe in detail the facts of the alledged violation.*

## Verification by oath or affirmation

State of Montana, County of __Valley__

I, __Eric Albus__, being duly sworn, state that the information in this Complaint is complete, true, and correct, to the best of my knowledge and belief.

_____
Signature of Complainant

(SEAL)  MARJORIE CAPDEVILLE
NOTARY PUBLIC for the
State of Montana
Residing at Hinsdale, Montana
My Commission Expires
August 6, 2028

Subscribed and sworn to before me this 28th day of April, 2026.

__Marjorie Capdeville__
Notary Public

My Commission Expires: 08/06/2028

**Campaign Finance and Practices**
**Complaint Form**                                                              **Page 2**

### Statement of facts:

Describe in detail the alleged violation(s) and cite the statute or statutes you believe have been violated. Please attach copies of documentary evidence to support the facts alleged in your statement.

If the space provided below is insufficient, you may attach additional pages as necessary.

Accountability for State Government PAC and Dan Bartel have violated 13-35-802 by creating a deepfake of Eric Albus. (myself)

Attached is a copy of the Deepfake image.

**Complaints must be:**
- **signed**
- **notarized**
- **delivered in person or by mail.**



