**THE STATE OF MONTANA**

Commissioner of Political
Practices 1209 Eighth Avenue
Post Office Box 202401
Helena, MT  59620-2401
Phone:  406-444-2942
Fax :  406-444-1643
www.politicalpractices.mt.gov

# Campaign Finance and Practices

# Complaint Form (08/17)

**FOR OFFICE USE ONLY**

Commissioner of
Political Practices
2026 MAY 04
PM0148/
RECEIVED

*HAND DELIVERED*   ✓

*SIGNED/NOTARIZED*   ✓

Type or print in ink all information on this form except for verification signature

| **Person bringing complaint (Complainant):** | |
|---|---|
| Complete  Name | Ross Fitzgerald |
| Complete Mailing Address | 4025 Fox Hollow Drive |
| | Helena, MT  59602 |
| Phone Numbers:   Work | 406-788-1443    Home   406-788-1443 |

| **Person or organization against whom complaint is brought (Respondent):** | |
|---|---|
| Complete Name | Accountability in State Government-Dan Bartel Treasurer |
| Complete Mailing Address | PO Box 1181 |
| | Lewistown, MT  59457 |
| Phone Numbers:   Work | Home |

*Please complete the second page of this form and describe in
detail the facts of the alledged violation.*

## Verification by oath or affirmation

State of Montana, County of _Lewis & Clark_

I, _Ross H Fitzgerald_, being duly sworn, state that the information in this
Complaint is complete, true, and correct, to the best of my knowledge and belief.

_(signature)_
Signature of Complainant

SEAL DEBORAH L. BELFORD
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
July 18, 2027

Subscribed and sworn to before me this _4_ day of
_May_ , _2026_ .

_Deborah L Belford_
Notary Public  _Deborah L. Belford_

My Commission Expires: _5/18/2027_

**Campaign Finance and Practices**
**Complaint Form**                                                        **Page 2**

## Statement of facts:

Describe in detail the alleged violation(s) and cite the statute or statutes you believe have been violated. Please attach copies of documentary evidence to support the facts alleged in your statement.

<u>If the space provided below is insufficient, you may attach additional pages as necessary</u>.

Accountability for State Government PAC and Dan Bartel have violated 13-35-802 by creating a deepfake of Llew Jones.  Attached are three examples of the deepfake images recently mailed by this group.

---

**Complaints must be:**
- **signed**
- **notarized**
- **delivered in person or by mail.**





Paying Higher Prices at the Pump?

Gasoline          Self Serve

Regular    ARM 9/10

Plus    LEG 9/10

THANK LLEW JONES

Paid for by Accountability in State Government
Dan Bartel, Treasurer
PO BOX 1181
Lewistown, MT 59457

Prst Std
US Postage
PAID
1Vision

1 9 1697 2 *************AUTO**SCH 5-DIGIT 59411

LLEWELYN E. JONES
OR CURRENT RESIDENT
1102 4TH AVE SW
CONRAD MT 59425-1919







