IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

|  |  |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; KEVIN DOWNS, in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 26-38-H-SPW<br><br><br>ORDER |

Plaintiffs Accountability in State Government, a Montana independent political committee and Dan Bartel move for the admission of Adam E. Schulman to practice before the Court in the above captioned matter with Matthew G. Monforton of Bozeman, Montana, designated as local counsel (Doc. 3). The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiffs Accountability in State Government, a Montana independent political committee and Dan Bartel's motion to admit Adam

1

E. Schulman to appear *pro hac vice* (Doc. 3) is **GRANTED** and he is authorized to appear as counsel with Matthew G. Monforton pursuant to L.R. 83.1(d) in the above captioned matter.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this ___15___ day of June, 2026.

SUSAN P. WATTERS
United States District Judge