Matthew G. Monforton (Montana Bar No. 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Email: matthewmonforton@yahoo.com

Adam E. Schulman (DC Bar No. 1001606*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org
* *admitted pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; KEVIN DOWNS, in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | Case No. 26-CV-00038-H-SPW<br><br><br>**Plaintiffs' Motion for Preliminary Injunction**<br><br>**\*\*\* Relief Requested by September 25, 2026** |

1

In accordance with Federal Rule of Civil Procedure 65 and Local Civil Rule 7.1, Plaintiffs Accountability in State Government and Dan Bartel hereby move the Court for an order preliminarily enjoining Defendants Austin Knudsen, Kevin Downs, and Chris Gallus, in their official capacities, from reviewing, investigating, prosecuting, adjudicating, or enforcing violations of Mont. Code Ann. §§ 13-35-801, *et seq.*

Good cause exists for the granting of this motion, as set forth in the accompanying Brief, the accompanying Declaration of Dan Bartel, and the Complaint. Plaintiffs respectfully request a decision on this motion by **September 25, 2026**, in order to enable them to communicate their message to voters at a time when they will soon receive absentee ballots.

Dated: July 17, 2026

/s/ Matthew G. Monforton
Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Email: matthewmonforton@yahoo.com

Adam E. Schulman (DC Bar No. 1001606*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org
* *admitted pro hac vice*

*Attorneys for Plaintiffs Accountability in State Government and Dan Bartel*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system.

/s/ Matthew Monforton