

# LIBERAL MARY ANN DUNWELL
# RAISING YOUR TAXES.
# HIKING HER SALARY.

## ✗ HIGHER TAXES FOR YOU

When Liberal Mary Ann Dunwell had the chance to lower your taxes to make life more affordable, she turned her back and voted no.[1]

## ✗ HIGHER GAS TAXES, TOO

Liberal Mary Ann Dunwell voted to raise the gas tax, increasing the burden on families already struggling to make ends meet.[2]

## ✗ MORE MONEY FOR HER

Even after she refused to give hardworking Montanans tax relief and raised their gas tax, Mary Ann Dunwell voted to raise her own taxpayer-funded salary.[3]

## MONTANA CAN'T AFFORD
## SELF-DEALING MARY ANN DUNWELL.

**SOURCES:** 1. SB 121, 2023; HB 337, 2025
2. HB 473, 2017
3. HB 13, 2025

PAID FOR BY ACCOUNTABILITY IN STATE GOVERNMENT.
DAN BARTEL, TREASURER.
PO BOX 1181
LEWISTOWN, MT 59457

Prst Std
US Postage
**PAID**
1Vision