Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
Michael.Russell@mt.gov
Thane.Johnson@mt.gov

*Attorneys for Defendants*
*Austin Knudsen and Kevin Downs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL, <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN; in his official capacity as Montana Attorney General; KEVIN DOWNS; in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices, <br><br> Defendants. | Cause No. CV-26-38-H-SPW <br><br> **DEFENDANTS KNUDSEN AND DOWNS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants Austin Knudsen, in his official capacity as Montana

Attorney General, and Kevin Downs, in his official capacity as Lewis and

Clark County Attorney, move this Court for an extension of time in which

to file their Response to Plaintiffs' Motion for Preliminary Injunction

(Doc. 6). Their response is presently due August 5, 2026, and Defendants Knudsen and Downs request an extension of that deadline up to and including August 10, 2026.

Counsel for the Plaintiffs was contacted and does not oppose this motion. A proposed order is filed contemporaneously herewith.

DATED this 3rd day of August 2026.

> Austin Knudsen
>  *Attorney General*
>
> */s/ Michael Russell*
> Michael Russell
> Thane Johson
>  *Assistant Attorneys General*
> MONTANA DEPARTMENT OF JUSTICE
>
> *Attorneys for Defendants Austin*
> *Knudsen and Kevin Downs*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2026, an accurate copy of the foregoing document was served on registered counsel electronically through the Court's CM/ECF system.

/s/ *Michael Russell*
Michael Russell