# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL, <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN; in his official capacity as Montana Attorney General; KEVIN DOWNS; in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices, <br><br> Defendants. | CV-26-38-H-SPW <br><br><br> ORDER |

On August 3, 2026, Defendants Austin Knudsen, in his official capacity as Montana Attorney General, and Kevin Downs, in his official capacity as Lewis and Clark County Attorney, filed an Unopposed Motion for Extension of Time (Doc. 10) to file their response to Plaintiffs' Motion for Preliminary Injunction. Upon review of the motion and good cause appearing,

1

IT IS HEREBY ORDERED that the Motion for Extension of Time (Doc. 10)

is **GRANTED**. Defendants Knudsen and Downs have up to and including **August**

**10, 2026**, to file their response to the preliminary injunction motion.

DATED this _3rd_ day of August 2026.

SUSAN P. WATTERS
United States District Judge