Austin Knudsen
*Montana Attorney General*
Michael Russell
Thane Johnson
*Assistant Attorneys General*
Ashley Evaro
*Solicitor's Fellow*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
Michael.Russell@mt.gov
Thane.Johnson@mt.gov
Ashley.Evaro@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; in his official capacity as Montana Attorney General; KEVIN DOWNS; in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | Cause No. CV-26-38-H-SPW<br><br>**NOTICE RE REPRESENTATION OF DEFENDANTS AND SERVICE OF PROCESS** |

Defendants submit this Notice following the Court's August 14, 2026, Order (Doc. 15) to address the issues identified therein.

Specifically, Defendants notify the Court that: 1) undersigned counsel now represent all Defendants in this matter, including Defendant Gallus, who has filed his Answer to Plaintiffs' Complaint the same date of this Notice; 2) pursuant to agreement with Plaintiffs' counsel, Defendant Gallus has not asserted and will not assert any argument or defense related to service of process or any challenge to its sufficiency in this matter; 3) Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 14) was intended to be submitted on behalf of all Defendants, including Defendant Gallus, who hereby notifies the Court of his joinder with that Response (Doc. 14) to the extent the Court deems it necessary; and 4) Defendant Gallus received the Court's Order Setting Hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. 12), and undersigned counsel will argue on behalf of all Defendants, including Defendant Gallus, at that hearing on August 21, 2026.

DATED this 18th day of August 2026.

Austin Knudsen
*Attorney General*

*/s/ Michael Russell*
Michael Russell
Thane Johson
*Assistant Attorneys General*
Ashley Evaro
*Solicitor's Fellow*
MONTANA DEPARTMENT OF JUSTICE

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2026, an accurate copy of the foregoing document was served on registered counsel electronically through the Court's CM/ECF system.

*<u>/s/ Michael Russell</u>*
Michael Russell