IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCOUNTABILITY IN STATE GOVERNMENT, a Montana independent political committee; DAN BARTEL,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; KEVIN DOWNS, in his official capacity as Lewis and Clark County Attorney; CHRIS GALLUS, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 26-38-H-SPW<br><br>ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE |

On September 29, 2026, the Court issued a Preliminary Pretrial Conference Order scheduling a conference for November 10, 2026, "to develop a case-specific plan for discovery and a schedule for disposition of the case." (Doc. 32 at 1–2). In their joint case management plan and preliminary pretrial statements, the parties proposed resolving this matter on cross-motions for summary judgment. (Docs. 33, 35–36). Specifically, the parties state that the case "concerns pure questions of constitutional law and statutory interpretation, without critical areas of factual disagreement," making discovery, expert disclosures, and trial-related deadlines

unnecessary. (Doc. 33 at 3). The parties further agree on deadlines for amending the pleadings and briefing summary judgment. (*Id.* at 2–4). Based on these representations, the Court finds that a preliminary pretrial conference is unnecessary.

Accordingly, IT IS HEREBY ORDERED that the November 10, 2026 preliminary pretrial conference is VACATED. The Court will issue a scheduling order consistent with the parties' joint case management plan.

DATED this 9th day of November, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge